Waldo J. Morse, Jr., Respondent, v. Charles Cohen, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

The People of the State of New York, Respondent, v. Jacob Balofsky, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Willard P. Reid and Ada Kitching Reid, Respondents, v. Village of Babylon, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Rich and Putnam, JJ., concurred; Burr, J., not voting.

Morris Schneider, Respondent, v. William W. Farley, as State Commissioner of Excise, etc., Appellant.— Judgment reversed on reargument, with costs of the appeal, and complaint dismissed, with costs, on authority of *Suss* v. *Farley* (164 App. Div. 161), decided November 6, 1914. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Hyman Suss, Respondent, v. William W. Farley, as State Commissioner of Excise, etc., Appellant.— Judgment reversed on reargument, with costs of the appeal, and complaint dismissed, with costs, on the authority of *Suss* v. *Farley* (164 App. Div. 161), decided November 6, 1914. Jenks, P. J., Thomas Carr, Stapleton and Putnam, JJ., concurred.

Mary L. Yates, Respondent, v. Peter B. Delap and John T. Bladen, as Executors, etc., of Sarah J. Delap, Deceased, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

In the Matter of the Petition of Lloyd M. Howell to Enforce an Attorney's Lien.— Motion for reargument denied, without costs. Present — Jenks, P. J., Stapleton, Rich and Putnam, JJ.; Thomas, J., not voting.

The People of the State of New York ex rel. John J. Mara, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— The motion was granted as to the determination upon the facts, but not to change the statement as to Mr. Justice Carr.* (See *Warn* v. *N. Y. C. & H. R. R. R. Co.*, 163 N. Y. 525; *Wangner* v. *Grimm*, 169 id. 421, 427.) Present — Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ.

In the Matter of Addison S. Sanborn, an Attorney.— Matter referred to the Hon. William D. Dickey, as official referee. Present — Jenks, P. J., Carr, Stapleton and Rich, JJ.; Burr, J., not voting.

Simon Barnett, as Administrator, etc., Respondent, v. Bradley Contracting Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

Elginia D'Alisera, as Administratrix, etc., of Angelo D'Alisera, Deceased, Respondent, v. John J. Hearn Construction Company, Appellant.— We think the finding of the jury that the proximate cause of the accident was

---

* See 166 App. Div. 890; 167 id. 911.— [REP.